Filed
APR 18 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION AND IPR LICENSING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PEGATRON CORPORATION, <br><br> Defendants. | Case No.: CV 13 80087 MISC EJD PSG <br><br> ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |

Having considered Plaintiffs Interdigital Technology Corporation and IPR Licensing, Inc.'s (collectively, "Plaintiffs") Administrative Motion to File Documents under Seal, and good cause having been shown, the court hereby ORDERS as follows:

1. Plaintiffs' Motion as to Exhibits A and B to the Declaration of Michael B. Levin in Support of InterDigital's Petition to Confirm Arbitration Award and for Entry of Judgment is GRANTED. Plaintiffs shall forthwith file UNREDACTED versions of Exhibits A and B under seal as a separate docket entry on ECF/PACER.

1

Case No.: _____
ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL

2. Plaintiffs' Motion as to the Declaration of Michael B. Levin in Support of InterDigital's Petition to Confirm Arbitration Award and for Entry of Judgment is DENIED. Plaintiffs shall forthwith file the UNREDACTED version of the Declaration as a separate docket entry on ECF/PACER.

3. Plaintiffs' Motion as to Plaintiffs' Notice of Petition and Petition to Confirm Arbitration Award and for Entry of Judgment is DENIED as to pp. 2:6-8 and 6:13-14 and GRANTED as to the remaining portions. Plaintiffs shall forthwith file an UNDREDACTED version of the Notice of Petition and Petition under seal and an amended REDACTED version of the Notice of Petition and Petition consistent with this order, both as separate docket entries on ECF/PACER.

IT IS SO ORDERED.

Dated: April 19, 2013

EDWARD J. DAVILA
United States District Judge

Case No.: _____
ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

2