DAVID S. STEUER, CA Bar No. 127059
dsteuer@wsgr.com
MICHAEL B. LEVIN, CA Bar No. 172329
mlevin@wsgr.com
MATTHEW R. REED, CA Bar No. 196305
mreed@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Petitioners
InterDigital Technology Corporation and
IPR Licensing, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION and IPR LICENSING, INC., <br><br> Petitioners, <br><br> v. <br><br> PEGATRON CORPORATION, <br><br> Respondent. | Case No.13-MC-80087-EJD-PSG <br><br> DECLARATION OF MICHAEL B. LEVIN IN SUPPORT OF INTERDIGITAL'S PETITION FOR ORDER CONFIRMING ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT |

I, Michael B. Levin, declare as follows:

1. I am an attorney at Wilson Sonsini Goodrich & Rosati, counsel of record for InterDigital Technology Corporation and IPR Licensing, Inc. ("InterDigital) and I have personal knowledge about the facts described below.

2. On September 13, 2011, InterDigital submitted a contractual dispute with Pegatron Corporation ("Pegatron") to binding arbitration pursuant to the terms of the Patent License Agreement ("PLA") between InterDigital and Pegatron.

3. Attached hereto as Exhibit A is a true and correct copy of the PLA.

4. In accordance with the terms of the PLA, a three-member panel of arbitrators (the "Panel") was selected. The Paned conducted a two-day hearing on the merits in Washington DC on July 17-18, 2012, at which both sides participated and presented evidence and argument in support of their respective claims and defenses, including opening statement, written witness statements, live testimony, more than 200 exhibits, pre-hearing briefs, and two rounds of post-hearing briefs. Following the hearing, the Panel rendered its Final Award in writing on April 17, 2013.

5. Attached hereto as Exhibit B is a true and correct copy of the Final Award.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 19, 2013 in Palo Alto, California.

/s/ Michael B. Levin
Michael B. Levin