UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION and IPR LICENSING, INC., | ) ) | Case No. 13-mc-80087-EJD |
| Petitioners, | ) ) ) | [PROPOSED] ORDER GRANTING INTERDIGITAL'S PETITION FOR ORDER |
| v. | ) ) ) | CONFIRMING ARBITRATION AWARD AND FOR ENTRY OF |
| PEGATRON CORPORATION, | ) ) | JUDGMENT |
| Respondent. | ) ) ) | |

Having considered the submissions of the parties, and finding no statutory basis to vacate, modify, or correct the award pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, IT IS HEREBY ORDERED THAT Petitioners' petition to confirm the Final Award is GRANTED and judgment shall be entered in favor of Petitioners as set forth in the Final Award.


IT IS SO ORDERED.

Dated:

_____

United States District Judge