1 JARED BOBROW (SBN 133712)
jared.bobrow@weil.com
2 SONAL N. MEHTA (SBN 222086)
sonal.mehta@weil.com
3 NATHAN GREENBLATT (SBN 262279)
nathan.greenblatt@weil.com
4 WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
5 Redwood Shores, CA 94065-1134
Telephone: +1 650 802 3000
6 Facsimile: +1 650 802 3100

7 Attorneys for Respondent
PEGATRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION and IPR LICENSING, INC.,<br><br>Petitioners,<br><br>vs.<br><br>PEGATRON CORPORATION,<br><br>Respondent. | Case No. 13-MC-80087-EJD-PSG<br><br>STIPULATION [AND PROPOSED ORDER] FOR EXTENSION OF TIME FOR PEGATRON CORPORATION TO RESPOND TO INTERDIGITAL TECHNOLOGY CORPORATION AND IPR LICENSING, INC.'S PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT<br><br>Date: August 23, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Davila |

1       WHEREAS, InterDigital Technology Corporation and IPR Licensing, Inc. (collectively,

2 "Petitioners") filed a Petition to Confirm Arbitration Award and For Entry of Judgment on

3 April 18, 2013, noticed for a hearing before the Court on August 23, 2013;

4       WHEREAS, the undersigned counsel for Defendant Pegatron Corporation ("Respondent")

5 accepted service of said Petition and supporting documents on April 29, 2013;

6       WHEREAS, Respondent is evaluating its response to the Petition and the underlying

7 arbitration award;

8       WHEREAS, the parties expect to engage in discussions as to the scope and schedule for

9 briefing relating to the Petition or underlying arbitration award once Respondent has had a chance to

10 consider its response and wish to extend the schedule for Pegatron's response to the Petition to allow

11 for such discussions;

12       WHEREAS, the requested extension is not expected to affect the noticed August 23, 2013

13 hearing date;

14       IT IS HEREBY STIPULATED by and between the parties, through their undersigned

15 counsel of record, and subject to the Court's approval, that deadline for Respondent's response to

16 Petitioners' Petition to Confirm Arbitration Award and For Entry of Judgment shall be extended to

17 May 24, 2013. The parties further agree that an additional extension may be necessary pending

18 Respondent's consideration of its response to the Petition and underlying arbitration award and the

19 parties' discussions as to the scope and schedule for briefing relating to the Petition or underlying

20 arbitration award.

21 Dated: May 10, 2013                         WEIL, GOTSHAL & MANGES LLP

23                                               By:   */s/ Sonal N. Mehta*
                                                      Sonal N. Mehta
24                                                       *Attorneys for Respondent*
                                                      *Pegatron Corporation*

Dated: May 10, 2013					WILSON SONSINI GOODRICH & ROSATI, P.C.

By: /s/ *Matthew R. Reed*
    Matthew R. Reed
    *Attorneys for Petitioners*
    *InterDigital Technology Corporation*
    *and IPR Licensing, Inc.*

## FILER'S ATTESTATION

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Stipulation for Extension of Time for Pegatron Corporation to Respond to InterDigital Technology Corporation and IPR Licensing, Inc.'s Petition to Confirmation Arbitration Award and for Entry of Judgment. In compliance with General Order 45, paragraph X.B., I hereby attest that Matthew R. Reed has concurred in this filing.

Dated: May 10, 2013					By: /s/ *Sonal N. Mehta*
    Sonal N. Mehta

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Stipulation for Extension of Time for Pegatron Corporation to Respond to InterDigital Technology Corporation and IPR Licensing, Inc.'s Petition to Confirmation Arbitration Award and for Entry of Judgment is hereby granted. The deadline for Respondent's response to Petitioners' Petition to Confirm Arbitration Award and For Entry of Judgment shall be extended to May 24, 2013.

Dated: _____			_____
    HON. EDWARD J. DAVILA
    United States District Court Judge