JARED BOBROW (SBN 133712)
jared.bobrow@weil.com
SONAL N. MEHTA (SBN 222086)
sonal.mehta@weil.com
NATHAN GREENBLATT (SBN 262279)
nathan.greenblatt@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
Telephone: +1 650 802 3000
Facsimile: +1 650 802 3100

Attorneys for Respondent
PEGATRON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION and IPR LICENSING, INC., <br><br> Petitioners, <br><br> vs. <br><br> PEGATRON CORPORATION, <br><br> Respondent. | Case No. 13-MC-80087-EJD-PSG <br><br> PEGATRON CORPORATION'S RESPONSE TO INTERDIGITAL TECHNOLOGY CORPORATION AND IPR LICENSING, INC.'S PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT |

1  Pursuant to Civil Local Rule 7-3 and the Federal Arbitration Act (9 U.S.C. §§ 9-11), Pegatron Corporation ("Pegatron") hereby responds to InterDigital Technology Corporation and IPR Licensing, Inc.'s (collectively, "Petitioners") Petition to Confirm Arbitration Award (Dkt. No. 6).

Pegatron disagrees with the majority opinion of the April 17, 2013 arbitration award (the "Final Award"), including for the reasons stated in the dissenting opinion of arbitrator Judge Charles Legge. Nevertheless, Pegatron has paid the Final Award in full.[1] Therefore, Pegatron will not oppose confirmation of the Final Award under Section 9 of the Federal Arbitration Act. *See* 9 U.S.C. § 9.

Dated: May 24, 2013                              WEIL, GOTSHAL & MANGES LLP

By:   /s/ *Sonal N. Mehta*
      Sonal N. Mehta
      Attorneys for Respondent
      Pegatron Corporation

---

[1] No Taiwanese source withholding tax was required to be paid.