DAVID S. STEUER, CA Bar No. 127059
dsteuer@wsgr.com
MICHAEL B. LEVIN, CA Bar No. 172329
mlevin@wsgr.com
MATTHEW R. REED, CA Bar No. 196305
mreed@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Petitioners
InterDigital Technology Corporation and
IPR Licensing, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERDIGITAL TECHNOLOGY CORPORATION and IPR LICENSING, INC., <br><br> Petitioners, <br><br> v. <br><br> PEGATRON CORPORATION, <br><br> Respondent. | Case No. 13-MC-80087-EJD-PSG <br><br> INTERDIGITAL TECHNOLOGY CORPORATION AND IPR LICENSING, INC.'S REPLY IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT <br><br> Date: August 23, 2013 <br> Time: 9:00 a.m. <br> Judge: Hon. Edward J. Davila |

InterDigital respectfully submits this Reply in support of its petition to confirm the final arbitration award and for entry of judgment. In Pegatron's Response to InterDigital's petition, Pegatron stated that "Pegatron will not oppose confirmation of the Final Award under Section 9 of the Federal Arbitration Act." Docket No. 12 (filed 5/24/2013) at 2. Accordingly, InterDigital hereby requests that the Court:

1. Grant InterDigital's Petition and confirm the Final Award in its entirety[1];
2. Enter judgment in favor of Petitioners as set forth in the Final Award; and
3. Vacate the hearing currently scheduled for August 23, 2013.

Dated: May 31, 2013      WILSON SONSINI GOODRICH & ROSATI, P.C.

By: */s/ Matthew R. Reed*
       Matthew R. Reed

Attorneys for Petitioners
InterDigital Communications Corporation
and IPR Licensing, Inc.

---

[1] Pegatron included a footnote in its May 24 Response regarding an issue that has no bearing on whether the Court should confirm the Final Award. *See* Docket No. 12 at 2 n.1. InterDigital takes no position on the statement in the footnote, and given that Pegatron is not opposing confirmation of the Final Award, the Court need not address this issue.